IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BITHARMONY LLC,<br><br>Plaintiff,<br><br>v.<br><br>WARNER BROS. DISCOVERY, INC., WARNER BROS. HOME ENTERTAINMENT INC., WARNERMEDIA DIRECT, LLC, and HOME BOX OFFICE, INC.,<br><br>Defendants. | ) | C.A. No. 26-160-WCB |

**STIPULATION AND ORDER TO EXTEND**
**CLAIM CONSTRUCTION DEADLINES**

Plaintiff Bit Harmony LLC ("Plaintiff") and Defendants Warner Bros. Discovery, Inc., Warner Bros. Home Entertainment Inc., WarnerMedia Direct, LLC, and Home Box Office, Inc. (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on August 7, 2026, the Court entered the Scheduling Order (D.I. 37), which, in Paragraph 10, requires the Parties to advise the Court on or before November 9, 2026, of the claim construction issues they have identified, which issues are agreed and which are disputed, and their proposed constructions for each identified issue, and which, in Paragraph 10(a), sets deadlines for the Parties' claim construction briefs;

WHEREAS, the Parties have meet and conferred regarding the terms requiring construction and their proposed claim constructions, and continue to do so in an effort to narrow the issues presented to the Court;

WHEREAS, the Parties require a short extension of two business days to complete that meet-and-confer process, and have agreed to correspondingly shift each subsequent claim construction briefing deadline to accommodate the shift and holidays;

WHEREAS, the requested extension will not affect any other deadline in the Scheduling Order, including the hearing provisions of Paragraph 10(b), the fact discovery cutoff, or the expert, dispositive motion, or trial schedule; and

WHEREAS, this stipulation is made in good faith and not for purposes of delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the claim construction deadlines set forth in Paragraph 10 of the Scheduling Order are modified as follows:

| **Event** | **Scheduling Order** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|---|
| Parties advise the Court of identified claim construction issues, agreed and disputed terms, and proposed constructions | ¶ 10 | November 9, 2026 | November 11, 2026 |
| Plaintiff's opening claim construction brief (5,000 words) | ¶ 10(a) | November 20, 2026 | November 24, 2026 |
| Defendants' answering claim construction brief (5,000 words) | ¶ 10(a) | December 11, 2026 | December 15, 2026 |
| Plaintiff's reply claim construction brief (2,500 words) | ¶ 10(a) | December 21, 2026 | December 30, 2026 |

| Event | Scheduling Order | Current Deadline | Proposed Deadline |
|---|---|---|---|
| Defendants' sur-reply claim construction brief (2,500 words) | ¶ 10(a) | January 15, 2027 | January 22, 2027 |

All other provisions of the Scheduling Order (D.I. 37), including the requirement that the Parties meet and confer within 7 days of the completion of briefing pursuant to Paragraph 10(a), remain in full force and effect.

Dated: November 9, 2026

Respectfully submitted,

/s/ *Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
OF COUNSEL:
Blair M. Jacobs
Christina A. Ondrick
John S. Holley
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, D.C. 20005
(202) 237-2727

*Attorneys for Plaintiff BitHarmony LLC*

/s/ *Jennifer Ying*
Jennifer Ying (No. 5550)
Olivia Giannetta (No. 7594)
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
ogiannetta@morrisnichols.com

OF COUNSEL:
Jason T. Lao
HAYNES BOONE, LLP
600 Anton Boulevard
Suite 700
Costa Mesa, CA 92626
(949) 202-3000

Tiffany M. Cooke
Jamie Raju
Nicole Sims
HAYNES BOONE, LLP
2801 N. Harwood Street
Suite 2300
Dallas, TX 75201
(214) 651-5000

*Attorneys for Defendants*

**IT IS SO ORDERED.**

SIGNED this 9th day of November, 2026.

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE